|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048 |
|   | Phyl Grace, Esq., SBN 171771 |
| 3 | Dennis Price, Esq., SBN 279082 |
|   | 9845 Erma Road, Suite 300 |
| 4 | San Diego, CA 92131 |
|   | (858) 375-7385 |
| 5 | (888) 422-5191 fax |
|   | mark@potterhandy.com |
| 6 | Attorneys for Plaintiff |
| 7 |   |
|   | Steven E. Boehmer, SBN 144817 |
| 8 | Email: sboehmer@mcdougallove.com |
|   | Carrie L. Mitchell, SBN 221845 |
| 9 | Email: cmitchell@mcdougallove.com |
| 10 | McDOUGAL LOVE BOEHMER FOLEY |
|   | LYON & CANLAS |
| 11 | 8100 La Mesa Blvd., Suite 200 |
| 12 | La Mesa, CA 91942 |
|   | Telephone: (619) 440-4444 |
| 13 | Facsimile: (619) 440-4907 |
|   | Attorneys for Defendant |
| 14 | City of Solana Beach |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHRIS LANGER, | Case: 3:19-CV-00312-MMA-BLM |
|---|---|
| Plaintiff, |   |
| v. |   |
| CITY OF SOLSNA BEACH; and Does 1-10, | **JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |
| Defendants, |   |

1

Joint Motion for Dismissal    Case: 3:19-CV-00312-MMA-BLM

# MOTION

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 06, 2019          CENTER FOR DISABILITY ACCESS

                              By:   /s/ Chris Carson
                                    Chris Carson
                                    Attorneys for Plaintiff

Dated: June 06, 2019          MCDOUGAL LOVE BOEHMER
                              FOLEY LYON & CANLAS


                              By:   /s/ Carrie L. Mitchell
                                    Steven E. Boehmer
                                    Carrie L. Mitchell
                                    Attorneys for Defendant

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Carrie L. Mitchell, counsel for City of Solana Beach, and that I have obtained authorization to affix her electronic signature to this document.

Dated: June 06, 2019          CENTER FOR DISABILITY ACCESS

                                         By:      /s/Chris Carson
                                                     Chris Carson
                                                     Attorneys for Plaintiff